PER CURIAM:

After careful consideration of the several contentions earnestly presented by court-assigned counsel, we conclude that the defendant was fairly tried and fairly convicted, and we find no error affecting any of his substantial rights.

Affirmed.

**UNITED STATES of America,**
**Appellee,**

v.

**William T. COSBY, Appellant.**

**No. 10990.**

United States Court of Appeals
Fourth Circuit.

Argued May 2, 1967.

Decided May 30, 1967.

Robert A. Maloney, Washington, D. C., and A. Andrew Giangreco, Alexandria, Va. (Court-appointed counsel), for appellant.

Roger T. Williams, Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., and John D. Schmidtlein, Asst. U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and CRAVEN, Circuit Judges.

**UNITED STATES of America**

v.

**Daniel M. KENSTLER, Appellant.**

**No. 16037.**

United States Court of Appeals
Third Circuit.

Argued May 22, 1967.

Decided May 31, 1967.

Michael Hahalyak, Pittsburgh, for appellant.

George E. Schumacher, Asst. U. S. Atty., Pittsburgh, Pa. (Gustave Diamond, U. S. Atty., Pittsburgh, Pa., on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and FREEDMAN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error. The judgment of sentence of the District Court, D.C., 250 F.Supp. 833, will be affirmed.